PROB 22

Docket No. (Transferring Court) 8:01CR152-3
Docket No. (Receiving Court) _____

**FILED**
NOV 19 2007
RICHARD W WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# TRANSFER OF JURISDICTION

Name and Address of Probationer/Supervised Releasee:
**Demetrius Barker**

**CR07-0736 DLJ**

District: **Nebraska**          Division: **Omaha**

Name of Sentencing Judge: The Honorable Joseph F. Bataillon
                          Chief U.S. District Judge

Dates of Probation/Supervised Release -   From: December 23, 2004
                                          To:   December 22, 2009

Offense:  Conspiracy to Possess With Intent to Distribute Cocaine Base
          21 U.S.C. 841(a)(1) & 846

## PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the District of Nebraska

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

_9/12/07_
Date

The Honorable Joseph F. Bataillon
Chief U.S. District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the Northern District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer or supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_11/5/07_
Effective Date

United States District Judge