# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

**FILED**
DEC 0 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Request for Early Termination of Supervision**

Name of Offender:   Demetrius Barker          Docket No.:  CR 07-00736-01 DLJ

Name of Sentencing Judge:   Joseph F. Bataillon
                            Senior United States District Judge

Date of Original Sentence:   March 8, 2002

Original Offense:
Count One: Conspiracy to Distribute and Possession with Intent to Distribute Cocaine Base, 21 U.S.C. § 846, a Class A felony

Original Sentence: 60 months custody followed by 5 years supervised release. On November 5, 2007, jurisdiction was transferred to the Northern District of California from the District of Nebraska.
Special Conditions: Special assessment $100; drug treatment; access to financial information; search

Type of Supervision: Supervised Release    Date Supervision Commenced: December 27, 2004
Assistant U.S. Attorney: Not Assigned                 Defense Counsel: Not Assigned (AFPD)

**Petitioning the Court**

Petitioning the Court to consider the offender for early termination of supervision.

**Cause**

The offender has performed above average during his term of supervision. He has maintained consistent employment, and is hoping to improve his life by becoming a music promoter. Mr. Barker has not incurred any violations since the commencement of his supervised release. He has paid his special assessment in full and has been compliant with the court imposed conditions of supervision. Unscheduled employment and home visits have been conducted by this officer and no problems have been observed. The offender meets the criteria for an early termination recommendation pursuant to the Northern District of California policy.

The Assistant U.S. Attorney Steve Corrigan has been notified and there are no objections.

NDC-SUPV-FORM 12B(2) 01/13/06

Demetrius Barker  
CR 07-00736-01 DLJ

Page 2

Address of offender:    1431 Myrtle Street  
Oakland, CA 94601

Respectfully submitted,

Barry D. Fisher  
U.S. Probation Officer Specialist

Date Signed: December 4, 2007

Reviewed by:

Robert E. Tenney  
Supervisory U.S. Probation Officer

THE COURT ORDERS:  
☑ Early termination of supervision granted  
☐ Early termination of supervision denied  
☐ Other:

Dec 6, 2007  
Date

D. Lowell Jensen  
Senior United States District Judge

NDC-SUPV-FORM 12B(2) 01/13/06